

# CLEVELAND MUSEUM OF NATURAL HISTORY
# EMPLOYMENT HANDBOOK



### Hiring of Relatives

Although CMNH has no prohibition against hiring relatives of existing employees, we are committed to monitoring situations in which relatives work in the same department. The employment of relatives may cause employee morale problems. In addition, personal conflicts from outside the work environment can be carried into day-to-day working relationships.

In case of potential or actual problems, CMNH will take prompt action. CMNH reserves the right to refuse to place relatives into employment positions within the same department. For the purposes of this handbook, a relative is any person who is related by blood, marriage, or rules of law.

### Relationships in the Workplace

CMNH does not prohibit dating or having a relationship with another coworker. However, if either person desires to stop dating or to discontinue the relationship, the other individual must respect the coworker's decision and should work to maintain a professional relationship. If you are involved in a romantic relationship with a CMNH coworker, please notify the HR Department to disclose the relationship.

Because of the potential for conflict, CMNH prohibits dating or a relationship between the employee and any other individual that has management authority over that employee. If you and another employee are involved in a romantic relationship, you must report the relationship when one of you is a supervisor of the other. CMNH will attempt to reassign one of you. While your preference may have some weight on the decision as to whom is reassigned and where, the determining factor will be continuity or improvement of CMNH operations. CMNH does not wish to intrude on your personal lives and will take efforts to treat such reports as confidential as possible, limiting disclosure to those persons with a need to know.

### Gifts

You should not offer or accept gifts of other than nominal value to or from guests and visitors or vendors. Also, you should not accept at any time any lavish entertainment, paid time off, or other similar forms of solicitation or persuasion. You must never accept gifts of money in any amount or under any circumstances unless otherwise approved.

From time to time, particularly during the holiday season, it may be appropriate to give and receive a small gift of appreciation. You may accept modestly valued items (not to exceed $50) from vendors, suppliers, and CMNH guests and visitors. Souvenir items of nominal monetary value, such as promotional items imprinted with a company's logo presented at meetings, conferences, etc. may be accepted. Consult with the HR Department if you receive an unusually large value gift from a vendor, supplier, or guest (i.e. greater than $50).

### Community and Volunteer Activities

If you are attending community and volunteer activities an event at which you are representing CMNH, please let your supervisor be aware of this event to ensure that there are no conflicts of interest (real or potential).

If you attend community and volunteer activities outside of your responsibilities with CMNH, you must make it clear that you are not serving in an official capacity of CMNH.